U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/09

By fax: 212.805.4268

August 28, 2009

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

MEMORANDUM E...

Re:   Heghmann v. Sebelius, 09 Civ. 5880 (BSJ)

Dear Judge Gorenstein:

This Office represents defendants (the "government") in the above-named case. Due to the press of other business, I respectfully request an extension of time for the government to file an answer or motion in response to the complaint, from the current due date of September 14, 2009, to September 28, 2009. This is the government's first request for such an extension, and counsel for plaintiff consents.

Thank you for your consideration.

Respectfully,

PREET BHARARA
United States Attorney

By:  _____
BENJAMIN H. TORRANCE
Assistant United States Attorney
Telephone: 212.637.2703
Fax: 212.637.2702
E-mail: benjamin.torrance@usdoj.gov

cc:   Robert A. Heghmann (by e-mail and mail: 345 Packers Falls Rd., Durham, NH 03824)

Granted.

SO ORDERED:  DATE: 8/28/09
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE