UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BEATRICE M. HEGHMANN:

                          Plaintiff,       :    ORDER
                                                                     09 Civ. 5880 (BSJ)(GWG)

   -v.-

KATHLEEN SIBLEIUS, et al.,

                      Defendants.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     Plaintiff has leave to file an amended complaint provided that (1) plaintiff and Mr. Heghmann, if added, sign the amended complaint and each appears pro se; and (2) such complaint is served on defendant on or before October 2, 2009, and is filed promptly thereafter.

     Defendants' motion to dismiss shall be filed by October 30, 2009. Any opposition papers shall be filed by November 20, 2009. Reply papers are due December 11, 2009. The motion is returnable before Judge Jones.

     SO ORDERED.

Dated: September 25, 2009
       New York, New York

                                                      GABRIEL W. GORENSTEIN
                                                      United States Magistrate Judge

Copies mailed to:

Robert A. Heghmann
17 Deer Meadow Rd.
Durham, NH 03824

Benjamin H. Torrance
Assistant United States Attorney
86 Chambers Street
New York, NY  10007